**Order entered November 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00927-CV

**CITY OF PLANO, TEXAS, Appellant**

**V.**

**GREG HATCH AND LAURA HATCH, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01849-2017**

## ORDER

Before the Court is appellees' November 21, 2018 unopposed first motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 21, 2018. As this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    DAVID EVANS
       JUSTICE